**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | **CASE NUMBER 1:17-CR-114** |
| **v.** § | |
| § | |
| § | |
| **KIONTE TAYON HAWKINS** § | |
| § | |

## ORDER ADOPTING  REPORT AND RECOMMENDATION

The court referred Defendant, Kionte Tayon Hawkins', *Pro Se Motion for Renewal of Disposition/Dismissal and/or Request for Evidentiary Hearing* (Doc. No. 164) and *Pro Se Motion for Renewal of Disposition/Dismissal* (Doc. 165).  After review and consideration, Judge Hawthorn issued a report and recommendation denying the motions.  (Doc. No. 187.)

Neither party filed objections to the Report and Recommendation.  The court has reviewed Judge Hawthorn's findings and concludes that they are correct.  Accordingly, the court

ADOPTS Judge Hawthorn's report and recommendation (Doc. No. 187), and DENIES the *Pro Se Motion for Renewal of Disposition/Dismissal and/or Request for Evidentiary Hearing* (Doc. No. 164) and *Pro Se Motion for Renewal of Disposition/Dismissal* (Doc. 165).

**SIGNED this 7th day of December, 2023.**

Michael J. Truncale
United States District Judge